AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 3:22-mj-00142 |
| Dawn Walker ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 23, 2022 to August 5, 2022  in the county of  Clackamas  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1028A(a)(1) | Aggravated Identity Theft (felony) |
| 18 U.S.C. 1028(a)(6) | Possession of False Identification Documents (misdemeanor) |

This criminal complaint is based on these facts:

See attached affidavit of Homeland Security Investigations (HSI) Special Agent Clinton Lindsly.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Clinton Lindsly, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:50 p.m.

Date: 08/05/2022

*Judge's signature*

City and state: Portland, Oregon          Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*